1  R. Brent Wisner, Esq, (SBN: 276023)
2  rbwisner@wisnerbaum.com
   Stephanie Sherman, Esq. (SBN: 338390)
3  ssherman@wisnerbaum.com
4  **WISNER BAUM, LLP**
   11111 Santa Monica Boulevard, Suite 1750
5  Los Angeles, CA 90025
6  Telephone: (310) 207-3233
   Facsimile: (310) 820-7444
7
8  *Attorneys for Plaintiffs*

9
## UNITED STATES DISTRICT COURT
10
## EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| GRACE NAVARRO and CHATHAM MULLINS, on behalf of themselves, and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC., and DOES 1 to 50, Inclusive,<br><br>Defendants. | Civil Action No. 1:24-cv-00290-SKO<br><br>**PLAINTIFFS' NOTICE OF RELATED CASES** |

   Pursuant to Civil Local Rule 123 (Fed. R. Civil. P. 83), Plaintiff CHINYERE HARRIS (collectively hereafter "Plaintiffs") file the instant Notice of Related Cases. The instant action arises from the same or closely related events and theories of liability and calls for a determination of the same or substantially identical questions of law and fact other actions pending in this Court:

   1. *Grace Navarro v. Target Corporation,*
         Case No. 1:24-cv-00280-JLT-SAB

1
PLAINTIFFS' NOTICE OF RELATED CASES

2. *Grace Navarro, et al. v. Walmart, Inc.*
   Case No. 1:24-cv-00288-JLT-BAM
3. *Chinyere Harris. v. Genomma Lab USA, Inc.,*
   Case No. 1:24-cv-00289-JLT-SKO

In the instant and above cases, the Plaintiffs are alleging identical causes of action against Defendants, who all are manufacturers or sellers of benzoyl peroxide containing acne treatment products (the "Products"). Plaintiffs, who bought Defendants' Products, allege Defendants engaged in consumer fraud by failing to disclose or warn Plaintiffs the Products contained or degraded to benzene under normal use, handling, and storage. The Plaintiffs all suffered economic harm as a result of Defendants' consumer fraud because they all bought the Products, they would not have bought had Defendants warned about the presence of benzene or that the Products could degrade into benzene. Plaintiffs do not seek damage for physical injuries. Relating the cases furthers the important public interest of containing legal expenses, efficiently resolving many cases with common facts in a single forum simultaneously, and without unnecessary duplication of effort and drain on critical judicial resources.

Accordingly, these cases are Related Cases for purposes of Civil Local Rule 123 (Fed. R. Civil. P. 83).

Dated:  April 5, 2024                **WISNER BAUM LLP**

By: _____
Stephanie Sherman, Esq, (SBN: 338390)
ssherman@wisnerbaum.com
11111 Santa Monica Blvd, Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile:  (310) 820-7444
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 5, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record registered in the federal CM/ECF system.

_____
Stephanie Sherman