R.Brent Wisner, Esq, (SBN 276023)
Stephanie B. Sherman, Esq. (SBN 338390)
**WISNER BAUM, L.L.P**
11111 Santa Monica Boulevard, Suite 1750
Los Angeles, CA 90025
Tel: (310) 207-3233 / Fax: (310) 820-7444
Email: *rbwisner@wisnerbaum.com ssherman@wisnerbaum.com*

Attorneys For Plaintiffs

Rick L. Shackelford (SBN CA 151262)
Daniell K. Newman (SBN CA 242834)
Emerson B. Luke (SBN 307963)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Email: *shackelfordr@gtlaw.com*
*newmandk@gtlaw.com*
*lukee@gtlaw.com*

Attorneys for Defendant, WALGREENS BOOTS ALLIANCE, INC.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO and CHATHAM MULLINS, on behalf of themselves, and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC. and DOES 1 to 50, Inclusive,<br><br>Defendants. | CASE NO. 1:24-CV-00290-SKO<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Complaint Filed: March 8, 2024<br><br>Trial Date: None Set |

Pursuant to Civil Local Rule 144(d), Plaintiffs and Defendant Walgreens Boots Alliance, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS,** Plaintiffs filed their Class Action Complaint (ECF No. 1) on March 8, 2024;

**WHEREAS,** Plaintiffs served the Complaint on Defendant on March 26, 2024;

**WHEREAS,** the deadline for Defendant to answer or otherwise respond to the Complaint, pursuant to Fed. R. Civ. P. 12, was initially April 16, 2024;

**WHEREAS,** Plaintiffs and Defendant stipulated, subject to the Court's approval, to extend Defendant's time to respond to the Complaint to May 30, 2024;

**WHEREAS,** this extension of time will not alter the date of any event or any deadline already fixed by the Court, except as stipulated herein.

**IT IS HEREBY STIPULATED** by Plaintiffs and Defendant, subject to the approval of the Court, that the time for Defendant to respond to Plaintiffs' Complaint is extended to and includes May 30, 2024.

DATED: May 20, 2024                     WISNER BAUM LLP
                                        By */s/ Stephanie B. Sherman*
                                        R. Brent Wisner Stephanie B. Sherman
                                        *Attorneys for Plaintiffs*

DATED: May 20, 2024                     GREENBERG TRAURIG, LLP
                                        By */s/ Rick L. Shackelford*
                                        Rick L. Shackelford Daniell K. Newman
                                        Emerson B. Luke *Attorneys for Defendant*
                                        WALGREENS BOOTS ALLIANCE, INC.

## **ORDER**

The Court, having considered the parties' joint stipulation (Doc. 10), and finding that good cause exists, hereby ORDERS as follows: Defendant's deadline to respond to Plaintiff's Complaint shall be extended to May 30, 2024.

IT IS SO ORDERED.

Dated:   **May 21, 2024**                     */s/ Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE