UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO and CHATHAM MULLONS on behalf of themselves, and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC. and DOES 1 to 50, Inclusive,<br>Defendants. | Civil Action No. 1:24-cv-00290-KES-SKO<br><br>**ORDER GRANTING JOINT STIPULATION FOR LIMITED STAY**<br><br>**(Doc. 16)**<br><br>[*Stipulation for Limited Stay filed concurrently*]<br><br>Original Complaint:  March 8, 2024<br>Responsive Pleading: May 30, 2024<br>Trial (Proposed): None<br><br>MSC: August 29, 2024<br>Time: 9:30 a.m.<br>Courtroom: 7 (6th Floor)<br>Judge: Hon. Sheila K. Oberto |

## **ORDER**

The Court, having considered the Parties' Joint Stipulation to Stay (Doc. 16), and with good cause shown, orders that the above-captioned matter is stayed until 30 days after a ruling on Plaintiffs' MDL Motion.

Plaintiffs SHALL notify the Court within two (2) days of receipt of a ruling on their MDL Motion.

IT IS SO ORDERED.

Dated: **June 11, 2024**          /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE