# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO, et al., <br><br>  Plaintiff, <br><br> v. <br><br> WALGREENS BOOTS ALLIANCE, INC., <br><br>  Defendant. | Case No. 1:24-cv-00290-JLT-SAB <br><br> ORDER REQUIRING PARTIES TO FILE A STIPULATED BRIEFING SCHEDULE FOR MOTION TO DISMISS <br><br> TEN DAY DEADLINE |

Grace Navarro and Chatham Mullins ("Plaintiffs") filed the complaint in this action on March 8, 2024. (ECF No. 1.) On May 30, 2024, Walgreens Boots Alliance, Inc. ("Defendant") filed a motion to dismiss. (ECF Nos. 13, 14.) On June 11, 2024, the action was stayed pending the MDL issuing a decision on Plaintiffs' request for coordination or consolidation with other similar actions. (ECF No. 17.) On August 2, 2024, the parties filed a statement that the JPML denied the motion to centralize these actions on August 1, 2024. (ECF No. 19.) This matter was related to other pending cases and an order lifting the stay and setting future dates issued on August 23, 2024. (ECF Nos. 20, 21.) However, the order did not address the pending motion.

Accordingly, IT IS HEREBY ORDERED that within **ten (10) days** of the date of entry of this order, the parties SHALL FILE a stipulated briefing schedule for the pending motion to dismiss or Defendant shall file a notice of withdrawal of the motion to dismiss.

IT IS SO ORDERED.

Dated:  **October 4, 2024**

UNITED STATES MAGISTRATE JUDGE

1