# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO, et al.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00290-JLT-SAB<br><br>ORDER RE STIPULATED BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS<br><br>(ECF No. 13, 25) |

Pursuant to the October 14, 2024 stipulation of the parties (ECF No. 25), and finding good cause, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file a response to Defendant's motion to dismiss (ECF No. 13) on or before **December 20, 2024**;

2. Defendant shall file its reply, if any, by **January 6, 2025**; and

3. The hearing is set for **January 22, 2025 at 10:00 a.m.** in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:　**October 21, 2024**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1