# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO, *on behalf of themselves, and all others similarly situated, and the general public*,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendant. | Case No. 1:24-cv-00290-JLT-SAB<br><br>ORDER REGARDING HEARING DATE ON MOTION TO DISMISS |
| OLABISI BODUNDE, *individually and on behalf of all others similarly situated*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendant. | Case No. 1:24-cv-00985-JLT-SAB<br><br>ORDER REGARDING HEARING DATE ON MOTION TO DISMISS |

These related cases have been referred by the district judge to the undersigned for preparation of findings of fact and conclusions of law regarding Defendants' motions to dismiss, with a hearing scheduled for both motions on January 22, 2025. On January 14, 2025, the district judge referred another motion to dismiss filed in a related, consolidated case, Navarro v. Walmart, Inc., 24-cv-00288-JLT-SAB, which is now set before the undersigned for a hearing on March 26, 2025. Upon review of the motions and arguments raised therein, as well as the

1  overlay of counsel on cases, the Court finds it appropriate to hear all motions on one day.

2      To begin with, the Court notes that the district court has related these cases together. See Navarro v. Walmart, Inc., 24-cv-00288-JLT-SAB, Notices and Order Relating Cases, ECF Nos. 6, 20, 23 (E.D. Cal.); Navarro v. Walgreens Boots Alliance, Inc., 24-cv-00290-JLT-SAB, Notices and Order Relating Cases, ECF Nos. 6, 20, 23 (E.D. Cal.); Bodunde v. Walgreens Boots Alliance, Inc., 24-cv-00985-JLT-SAB, Notice and Order Relating Cases, ECF Nos. 42, 45 (E.D. Cal.).  Moreover, it appears that certain counsel overlaps between these cases.

    Next, upon review of the motions, the Court observes that all three motions make similar, if not at times identical, arguments regarding Article III standing, preemption, and whether the complaints otherwise fail to state a claim.

    Finally, the Court notes the reason for the timing discrepancy in the noticing of the motions.  While Navarro v. Walgreens Boots Alliance, Inc., 24-cv-00290-JLT-SAB, and Bodunde v. Walgreens Boots Alliance, Inc., 24-cv-00985, JLT-SAB, proceeded on the normal course, in Navarro v. Walmart, Inc., 24-cv-00288-JLT-SAB, the district judge had to first decide whether to consolidate cases and then allow for a consolidated class action complaint. Navarro v. Walmart, Inc., 24-cv-00288-JLT-SAB, Order Granting Stipulation to Consolidate and Consolidated Class Action Complaint, ECF Nos. 23, 24.  This, of course, led to a later notice of motion and hearing date.

    Therefore, in the interest of judicial efficiency, the Court finds it appropriate to consolidate the hearings in these cases to March 26, 2025, at 10:00 a.m.  In light of the foregoing, the Court hereby ORDERS that:

1. Should the parties in Navarro v. Walgreens Boots Alliance, Inc., 24-cv-00290-JLT-SAB, and Bodunde v. Walgreens Boots Alliance, Inc., 24-cv-00985-JLT-SAB object to continuing the hearing on the motions to dismiss, they shall have through January 17, 2025, to file a response with support for their position.[1]

///

---

[1] The Court notes that the current time of 10:00 a.m. on January 22, 2025, is no longer conducive to the Court's schedule due to the fact the Court is in a jury trial.  Should the hearings go forward on January 22, 2025, they will take place at 3:30 p.m.  The Court will formally reset this should it become necessary.

2. If the parties do not file responses by January 17, 2025, the Court will continue the hearings on these motions to dismiss to March 26, 2025, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge