# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO, *on behalf of themselves, and all others similarly situated, and the general public*,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendant. | Case No. 1:24-cv-00290-JLT-SAB<br><br>ORDER CONTINUING HEARING ON MOTION TO DISMISS |
| OLABISI BODUNDE, *individually and on behalf of all others similarly situated*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendant. | Case No. 1:24-cv-00985-JLT-SAB<br><br>ORDER CONTINUING HEARING ON MOTION TO DISMISS |

On January 14, 2025, the Court signed an order directing the parties in these related cases to object if they opposed continuing the hearings on their respective motions to dismiss, in order to consolidate hearings with a substantially similar motion recently filed in Navarro v. Walmart, Inc., 24-cv-00288-JLT-SAB. The time for the parties to file any objections has passed, and the Court will now, in the interest of judicial efficiency, continue the hearings.

///

Accordingly, for judicial economy, the Court HEREBY CONTINUES the hearings on the motions to dismiss in these cases to March 26, 2025, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge