# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO, *on behalf of themselves, and all others similarly situated, and the general public*, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WALGREENS BOOTS ALLIANCE, INC., <br><br> Defendants. | Case No. 1:24-cv-00290-JLT-SAB <br><br> ORDER REGARDING STIPULATION TO SUBSTITUTE COMPLAINT AND SET ANSWER DEADLINE <br><br> (ECF No. 48) |

Before the Court is a stipulation by the parties regarding the substitution of Plaintiffs' first amended complaint and setting an answer deadline. According to the parties, Plaintiff inadvertently filed an earlier draft of the first amended complaint (ECF No. 45), and the correct version has subsequently been filed on the docket. (ECF No. 46-2.)

///

///

///

///

///

///

///

For good cause shown, the Court approves the stipulation and ORDERS that the corrected first amended complaint (ECF No. 46-2) is the operative complaint in this action and is deemed filed as of January 6, 2026.  In addition, the Court ORDERS that Defendant shall have through February 11, 2026, to answer or otherwise respond to the complaint.[1]

In light of the forgoing, the Court DIRECTS the Clerk of the Court to terminate ECF No. 46 as MOOT.

IT IS SO ORDERED.

Dated:   **January 12, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

---

[1] The parties have also stipulated to a briefing schedule assuming Defendant will move under Rule 12.  Because no motion has been filed, the Court finds it premature to set a schedule.  Notwithstanding, the parties remain free to stipulate to a briefing schedule concurrently with any motion filed under Rule 12.