# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO, *on behalf of themselves, and all others similarly situated, and the general public*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendant. | Case No. 1:24-cv-00290-JLT-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 52) |

Before the Court is the parties' stipulation to extend the time in which Plaintiff may file an opposition to the pending Motion to Dismiss and Defendant may file a reply. (ECF No. 52.) For good cause shown, the Court hereby approves the stipulation and ORDERS that Plaintiff shall have through **March 13, 2026**, to file an opposition and Defendant shall have through **April 3, 2026** to file a reply. Finally, the Court observes that when submitting a Motion to Dismiss, counsel is to use the specific event Motion to Dismiss. Do <u>not</u> use the generic Notice (other) event when a more specific event is available. Defendant is DIRECTED to re-file its motion using the correct event.

IT IS SO ORDERED.

Dated:     **February 19, 2026**                            

STANLEY A. BOONE
United States Magistrate Judge